# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2025-1867
LT Case No. 42-2024-CA-2476

_____

JILL CYNTHIA PENNOYER,

    Appellant,

    v.

RICKY D. DIXON, SECRETARY,
FLORIDA DEPARTMENT of
CORRECTIONS, and STATE OF
FLORIDA,

    Appellees.

_____

Nonfinal appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Jill Cynthia Pennoyer, Ocala, pro se.

James Uthmeier, Attorney General, Tallahassee, and Deborah A.
Chance, Assistant Attorney General, Daytona Beach, for
Appellee, State of Florida.

No Appearance for Appellee, Ricky D. Dixon.

July 14, 2026

PER CURIAM.

AFFIRMED.

MAKAR, EDWARDS, and SOUD, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____